UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHENETTE FLOYD                                               CIVIL ACTION

VERSUS

STATE FARM FIRE AND CASUALTY                    NO. 23-00925-BAJ-RLB
COMPANY

### JUDGMENT

Before the Court is Plaintiff's **Notice of No Contact (Doc. 17)**, which provides that diligent efforts have been made by counsel to locate and communicate with Plaintiff, and that despite such efforts counsel has been unable to do so. This Notice of No Contact was filed following the Court's May 16, 2024, Order to Show Cause (Doc. 18), which required Plaintiff to show cause for why this action should not be dismissed pursuant to Local Rule 41(b). Because several months have elapsed since that Order, with no showing by Plaintiff for why this matter should not be dismissed for failure to prosecute,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiff be and are hereby **DISMISSED WITHOUT PREJUDICE** for failure of the Plaintiff to prosecute this proceeding.

**IT IS FURTHER ORDERED** that, on motion of the Plaintiff, filed within thirty (30) days, and upon a showing of good cause the Court may consider

reinstatement of the Plaintiff's claims on the Court's Docket.

Baton Rouge, Louisiana, this 17th day of July, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**